**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendant City of North Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GATHER COHEN,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; DOES I-X,<br><br>              Defendants. | Case Number:<br>2:22-cv-01417-JAD-EJY<br><br>**STIPULATION AND ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Gather Cohen ("Plaintiff"), by and through their counsel of record, James P. Kemp, Esq., of Kemp & Kemp, Attorneys at Law, and Defendants, and Defendant City of North Las Vegas ("Defendant"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following:

1. Defendant filed their Notice of Removal on August 31, 2022. *See* ECF No. 1;

2. Defendant's Answer or Motion to Dismiss is currently due on September 7, 2022;

3. Defendant's counsel is currently in trial in the *Faye Rivera v. LVMPD*, District Court, Clark County, Nevada (A-17-766014-C) and is unable to meet the deadline of September 7, 2022 currently scheduled for Defendant's Answer or Motion to Dismiss;

MAC:10464-040 4831295_1 9/7/2022 11:33 AM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

4. The Parties have agreed to a 7-day extension for Defendant's Answer or Motion to Dismiss;

5. Accordingly, the deadline for Defendant's Answer or Motion to Dismiss, currently due on September 7, 2022, be extended to and including Wednesday, September 14, 2022;

6. This is the Parties' first request to extend the deadline to Defendant's Answer or Motion to Dismiss; and

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 7th day of September, 2022.  
KEMP & KEMP, ATTORNEYS AT LAW

By: /s/ James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Attorney for Plaintiff Gather Cohen

Dated this 7th day of September, 2022  
MARQUIS AURBACH

By:   /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant City of North Las Vegas

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 7th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE