**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant City of North Las Vegas

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GATHER COHEN,<br><br>                         Plaintiff,<br><br>       vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; DOES I-X,<br><br>                         Defendants. | Case Number:<br>2:22-cv-01417-JAD-EJY<br><br>**DEFENDANT CITY OF NORTH LAS VEGAS' MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

       Defendant City of North Las Vegas ("Defendant"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby request that Susan E. Gillespie, Esq. be removed from the list of counsel to be noticed because Ms. Gillespie is no longer an attorney with the law firm of Marquis Aurbach.

       Dated this 17th day of March, 2023.

MARQUIS AURBACH

By:/s/ Jackie V. Nichols
   Nick D. Crosby, Esq.
   Nevada Bar No. 8996
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Defendant City of North Las Vegas

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED:  March 17, 2023

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:10464-040 5027300_1 3/17/2023 11:52 AM