NORTH LAS VEGAS CITY ATTORNEY
Andrew D. Moore, Nev. Bar No. 9128
Acting City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Chief Deputy City Attorney
Madison Zornes-Vela, Nev. Bar No. 13626
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*
*City of North Las Vegas and Michael Bunch*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GATHER COHEN, | CASE NO. 2:22-cv-01417-JAD-EJY |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; MICHAEL BUNCH, an Individual; DOES I-X, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants City of North Las Vegas and Michael Bunch ("Defendants"), hereby substitute and appoint Marisa Rodriguez, Esq. and Madison Zornes-Vela, Esq. of City North Las Vegas City Attorney's Office as their counsel of record in the place and stead of the law firm Marquis Aurbach and its attorneys Nick Crosby, Esq. and Jacqueline V. Nichols, Esq. All further correspondence, notices, and pleadings should be directed to Marisa Rodriguez, Esq.

and Madison Zornes-Vela, Esq., City of North Las Vegas City Attorney's Office, 2250 Las Vegas Blvd. North, Suite 810, North Las Vegas, Nevada 89030, *rodriguezma@cityofnorthlasvegas.com*.

Defendants City of North Las Vegas and Michael Bunch consent to the substitution of Marisa Rodriguez, Esq. and Madison Zornes-Vela, Esq. of City of North Las Vegas City Attorney's Office in place and stead of the law firm Marquis Aurbach and its attorneys Nick Crosby, Esq. and Jacqueline V. Nichols, Esq, effective immediately.

Dated this 3rd day of June, 2024                     Dated this 31st day of May, 2024

CITY OF NORTH LAS VEGAS

By _____                    /s/ Michael Bunch
Andy D. Moore, Esq. SBN 9128                          Michael Bunch
Acting City Attorney

I HEREBY CONSENT to the substitution of Marisa Rodriguez, Esq. and Madison Zornes-Vela, Esq. of the City of North Las Vegas City Attorney's Office in place and stead of Marquis Aurbach, effective immediately.

DATED this 30th day of May, 2024         MARQUIS AURBACH

By _____
Nick Crosby, Esq., Nev. Bar No. 8996
Jackie V. Nichols, Esq., Nev. Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

///

///

#UT5HO2BH0DPJHBv1

I HEREBY CONSENT to be substituted in the place and stead of Marquis Aurbach, in the above-entitled action as counsel for Defendants City of North Las Vegas and Michael Bunch, effective immediately.

DATED this 3rd day of June, 2024

NORTH LAS VEGAS CITY ATTORNEY

By *Madison Zen-Vela*
Andrew D. Moore, Nev. Bar No. 9128
Marisa Rodriguez, Nev. Bar No. 13234
Madison Zornes-Vela, Nev. Bar No. 13626
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
*Attorneys for Defendants*

IT IS SO ORDERED.

*Elayna J. Zouchah*
U.S. MAGISTRATE JUDGE

Dated: June 3, 2024

#UT5HO2BH0DPJHBv1