**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants City of North Las Vegas
   and Michael Bunch

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GATHER COHEN,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; MICHAEL BUNCH, an Individual; DOES I-X,<br><br>           Defendants. | Case Number:<br>2:22-cv-01417-JAD-EJY<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendants City of North Las Vegas and Michael Bunch (hereinafter "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby request that Nick D. Crosby, Esq. and Jackie V. Nichols, Esq. be removed from the list of counsel to be noticed because Mr. Crosby and Ms. Nichols are no longer counsel for Defendants City of North Las Vegas and Michael Bunch pursuant to Substitution of Attorneys [ECF No. 53].

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1 of 3

MAC:10464-040 5497417_1 6/4/2024 3:12 PM

Additionally, the above counsel also requests that Nick D. Crosby, Esq. and Jackie V. Nichols, Esq. be removed as counsel of record and the email addresses of ncrosby@maclaw.com, jnichols@maclaw.com, smong@maclaw.com and kbusch@maclaw.com be removed from the CM/ECF service list.

Dated this 4th day of June, 2024.

                MARQUIS AURBACH

By: /s/ Jackie V. Nichols
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants City of North Las Vegas and Michael Bunch

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: June 4, 2024