NORTH LAS VEGAS CITY ATTORNEY
Andrew D. Moore, Nev. Bar No. 9128
Acting City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Chief Deputy City Attorney
Madison Zornes-Vela, Nev. Bar No. 13626
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*
*City of North Las Vegas and Michael Bunch*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GATHER COHEN, | CASE NO. 2:22-cv-01417-JAD-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; MICHAEL BUNCH, an Individual; DOES I-X, | ECF No. 58 |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, GATHER COHEN, by and through his counsel of record, James P. Kemp, Esq., of Kemp & Kemp, Attorneys at Law and Defendants CITY OF NORTH LAS VEGAS and MICHAEL BUNCH ("Defendants"), by and through their attorneys of record, Marisa Rodriguez, Esq. and Madison Zornes-Vela, Esq. of North Las Vegas City Attorney's Office (collectively "the parties"), that the parties hereby stipulate to and agree as follows:

1

#V1XETUNL0DLI95v1

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice; and

2. Each party will bear its own attorney fees and costs.

Dated this 19th day of September, 2024                Dated this 19th day of September, 2024

KEMP & KEMP                                           NORTH LAS VEGAS CITY ATTORNEY

By: /s/ James P. Kemp                                 By: /s/ Andrew Moore
James P. Kemp, Esq.                                   Andrew Moore, Esq.
Nevada Bar No. 6375                                   Nevada Bar No. 9128
W. Azure Drive, Suite 110                             Marisa Rodriguez, Esq.
Las Vegas, Nevada 89130                               Nevada Bar No. 13234
*Attorney for Plaintiff*                              Madison Zornes-Vela, Esq.
                                                      Nevada Bar No. 13626
                                                      2250 Las Vegas Blvd. North,
                                                      Suite 810
                                                      North Las Vegas, Nevada 89030
                                                      (702) 633-1050
                                                      *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 58]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 20, 2024

#V1XETUNL0DLI95v1